**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-7776**

―――――――――

In Re: DONALD EUGENE TIDWELL,

Petitioner.

―――――――――

On Petition for Writ of Mandamus
(CR-94-297, CA-97-3894)

―――――――――

Submitted:  March 20, 2002          Decided:  April 1, 2002

―――――――――

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Donald Eugene Tidwell, Petitioner Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Eugene Tidwell filed a petition for a writ of mandamus seeking to have this court issue an order directing the district court to act on his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. At the time Tidwell filed his petition, the district court had taken no significant action in this case for over four years. We directed the United States to respond to the mandamus petition. In reply, the United States informed us that the district court was prepared to file its final order. We have since received a copy of the order. Tidwell therefore has received the relief he sought through his mandamus petition. Accordingly, we deny the motion for leave to proceed in forma pauperis and dismiss the petition as moot. We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before the court and argument would not significantly aid the decisional process.

DISMISSED

2